UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:16-cv-20611-RNS (Scola/Otazo-Reyes)

JOSEPH PEREA,

    Plaintiff,

vs.

TATE'S BAKE SHOP, INC.,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant TATE'S BAKE SHOP, INC. hereby gives notice that Defendant and Plaintiff JOSEPH PEREA have reached a settlement in principle as to Plaintiff's claims against Defendant. The parties will be filing a joint stipulation for dismissal with prejudice in short order.

Dated:  February 25, 2016
        Boca Raton, FL

Respectfully submitted,

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.
Florida Bar No. 0146315
E-Mail: aschotiner@sbwlawfirm.com
SHAPIRO, BLASI, WASSERMAN & HERMANN, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Tel:  (561) 477-7800
Fax:  (561) 477-7722
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF filing system.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/ Adam S. Chotiner*
ADAM S. CHOTINER, ESQ.

## SERVICE LIST

*Joseph Perea v. Tate's Bake Shop, Inc.*
Case No. 1:16-cv-20611-RNS (Scola/Otazo-Reyes)
United States District Court, Southern District of Florida

Joseph Perea, Esq.
E-Mail:  perealaw@gmail.com
PO Box 961383
Miami, FL 33296
Tel: (305) 934-6215
Fax: (888) 229-4968
Counsel for Plaintiff
*Via CM/ECF*

Adam S. Chotiner, Esq.
E-Mail: aschotiner@sbwlawfirm.com
Shapiro, Blasi, Wasserman
 & Hermann, P.A.
7777 Glades Rd., Suite 400
Boca Raton, FL  33434
Tel: (561) 477-7800
Fax: (561) 477-7722
Counsel for Defendant
*Via CM/ECF*