**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**CIVIL ACTION NO. 16-20611-CIV-SCOLA**

JOSEPH PEREA,

    PLAINTIFF,

V.

TATE'S BAKE SHOP, INC.,

    DEFENDANT,

_____/

**NOTICE OF VOLUNTARY DISMISSAL**

    The Plaintiff, Joseph Perea, pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), hereby files this Notice of Voluntary Dismissal. This matter has been concluded. The dismissal is with prejudice.

Respectfully Submitted on 3/24/2016, by,

> Joseph Perea
> P.O. Box 961383
> Miami, FL 33296
> Perealaw@gmail.com
> Tel: 305-934-6215
>
> */s/ Joseph Perea*
> Joseph Perea

**CERTIFICATE OF SERVICE**

I CERTIFY that a true and correct copy of the foregoing was forwarded to all counsel of record via the Court's E-filing System on this 24th day of March 2016.

> */s/ Joseph Perea*
> Joseph Perea